# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CORDELL L. GINES,**

      **Petitioner,**

      **vs-**                                        **No.  06-CV-176 DRH**

**KEN BARTLEY,**

      **Respondent.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came before the Court for a ruling on a Petition for Writ of Habeas Corpus pursuant to **28 U.S.C. § 2254.**

      **IT IS ORDERED AND ADJUDGED** that Petitioner Gines  has filed a second or successive petition and therefore the Respondent's Motion to Dismiss is **GRANTED.**  The petition is **DISMISSED** for want of jurisdiction-------------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

March 23, 2007                                       BY:   s/Patricia Brown
                                                                                   Deputy Clerk

APPROVED:/s/        David   RHerndon
                       U.S. DISTRICT JUDGE